**2007–0657. State v. Veney.**

Franklin App. No. 06AP–523, 2007-Ohio-1295. Discretionary appeal accepted and cause consolidated with 2007–0656, *State v. Veney,* Franklin App. No. 06AP–523, 2007-Ohio-1295.

LANZINGER, J., would accept the appeal on Proposition of Law No. I only.

PFEIFER, J., dissents.